UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 12-4511-CAS (FFMx) | Date | October 19, 2012 |
|---|---|---|---|
| Title | ANTHONY ALLEN OLIVER V. I.Q. DATA INTERNATIONAL INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:** **(In Chambers:) DEFENDANTS DURINGER LAW GROUP AND STEPHEN DURINGER'S MOTION TO DISMISS** (filed September 25, 2012)

On May 29, 2012, plaintiff Anthony Allen Oliver, proceeding pro se, filed the instant complaint against defendants I.Q. Data International, Inc.; The Duringer Law Group; Sierra Vista Apartments, LLC; Equifax, Inc.; TransUnion, LLC; Experian Information Solutions, Inc.; Stephen Duringer, Raj Pal, Kenneth Stumbo, Cain Parra, and Does 1–10. Dkt. No. 1. Plaintiff brings six claims for relief allegedly arising out of a debt related to an apartment that he rented for a brief period in 2004.

On September 25, 2012, defendants Duringer Law Group and Stephen Duringer filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 22. Plaintiff failed to file any opposition to defendant's motion. Under Local Rule 7-12, "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, the Court GRANTS defendants During Law Group and Stephen Duringer's motion to dismiss the claims asserted against it without prejudice. Plaintiff shall have **twenty (20) days** to file an amended complaint. Failure to do so may result in dismissal of this action with prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |