UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV 12-4511-CAS (FFMx) | Date | December 14, 2012 |
|---|---|---|---|
| Title | ANTHONY ALLEN OLIVER V. I.Q. DATA INTERNATIONAL, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not Present |

**Proceedings:** **(In Chambers:) PLAINTIFF'S MOTION TO DISMISS CASE WITHOUT PREJUDICE** (filed December 7, 2012)

On May 29, 2012, plaintiff Anthony Allen Oliver, proceeding pro se, filed the instant complaint against defendants I.Q. Data International, Inc.; The Duringer Law Group; Sierra Vista Apartments, LLC; Equifax, Inc.; TransUnion, LLC; Experian Information Solutions, Inc.; Stephen Duringer, Raj Pal, Kenneth Stumbo, Cain Parra, and Does 1–10. Dkt. No. 1. Plaintiff brings six claims for relief allegedly arising out of a debt related to an apartment that he rented for a brief period in 2004. Pursuant to the parties stipulation, the Court dismissed defendant TransUnion with prejudice.

On December 7, 2012, plaintiff moved to dismiss without prejudice his remaining claims against the remaining parties. Having considered plaintiff's submission, the Court finds it appropriate to GRANT plaintiff's motion to dismiss this case without prejudice. Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |